UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
United States of America,

                              Plaintiff,

    -against-

                                                     Case No. 7:04-mj-1860

Wally Gonzalez

                              Defendant.

———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                          SO ORDERED.

                                                          _____
                                                          Hon. Martin R. Goldberg
                                                          United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
         Poughkeepsie, New York